# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>  Harold L Standberry Jr<br>  Jacqueline D Standberry<br>    Debtor(s) | Case No. 14-29911 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/14/2014.

2) The plan was confirmed on 10/17/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2015.

5) The case was dismissed on 06/12/2015.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $2,451.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,994.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,994.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,215.14 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $77.77 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,292.91** |
| Attorney fees paid and disclosed by debtor: | $118.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CERASTES LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,900.00 | 1,900.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 608.00 | 608.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 172.32 | 115.79 | 115.79 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 914.99 | 914.99 | 914.99 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 1.00 | 258.98 | 258.98 | 0.00 | 0.00 |
| NATIONWIDE CASSEL LP | Unsecured | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 584.56 | 1,379.88 | 1,379.88 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 8,775.00 | 8,775.00 | 8,775.00 | 476.38 | 224.71 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 8,930.12 | 8,930.12 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 770.02 | 770.02 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS RLE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COLLECTIONS UNLIMITED TX | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 306.83 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 303.55 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 469.16 | NA | NA | 0.00 | 0.00 |
| US CASH IL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF UNIVERSITY PARK | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Unsecured | 75.33 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WESTGATE VACATION VILLAS | Unsecured | 2,240.90 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WYNDHAM VACATION RESORTS | Unsecured | 9,566.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Unsecured | 2,052.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BK | Unsecured | 101.81 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN RESOLUTION GROUP | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| NSA | Unsecured | 35.13 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 352.98 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD INC | Unsecured | 522.52 | NA | NA | 0.00 | 0.00 |
| QC FINANCIAL SERVICES | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES MANAGEMENT INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RED PINE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SANTANNA ENERGY SERVICES | Unsecured | 63.43 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY PHYSICI | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| SOVEREIGN ADVANCE | Unsecured | 362.50 | NA | NA | 0.00 | 0.00 |
| SSM GROUP LLC | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 244.86 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MASTERCARD | Unsecured | 778.81 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Unsecured | 63.45 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SER | Unsecured | 1,201.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF EMPLOY | Unsecured | 4,208.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENU | Unsecured | 1,110.05 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| JNR ADJUSTMENT COMPANY | Unsecured | 5,714.84 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE | Unsecured | 2,146.88 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES | Unsecured | 1,394.92 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| EDITH NANCE AND VERA ROUSE | Unsecured | 9,950.00 | NA | NA | 0.00 | 0.00 |
| EMPIRE COLLECTION AUTHORITIES | Unsecured | 878.06 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK CHICAGO | Unsecured | 1,551.24 | NA | NA | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | Unsecured | 264.21 | NA | NA | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 303.30 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 304.58 | NA | NA | 0.00 | 0.00 |
| GET CASH USA | Unsecured | 314.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CONNECTIONS INC | Unsecured | 3,607.96 | NA | NA | 0.00 | 0.00 |
| GLOBAL CONNECTIONS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| H E STARK AGENCY | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 36.89 | NA | NA | 0.00 | 0.00 |
| HSN | Unsecured | 119.94 | NA | NA | 0.00 | 0.00 |
| 200 CASH.COM | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS INC | Unsecured | 2,873.81 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 100.02 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 34.49 | NA | NA | 0.00 | 0.00 |
| AMERICAN CHARTERED BANK | Unsecured | 31.36 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY CREDIT COLLEC | Unsecured | 28.10 | NA | NA | 0.00 | 0.00 |
| AQUA ILLINOIS INC | Unsecured | 420.62 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| AUDUBON | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| BLACK PINE LENDING | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 2,052.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED RECOVERY SYSTEM | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CHULA VISTA RESORTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 1,186.35 | 1,423.04 | 1,423.04 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,775.00 | $476.38 | $224.71 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,775.00** | **$476.38** | **$224.71** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,020.82** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $1,292.91 |
| Disbursements to Creditors | $701.09 |
| **TOTAL DISBURSEMENTS** : | **$1,994.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/14/2015     By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**